**Order entered February 6, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-16-01182-CR**
**No. 05-16-01183-CR**

**ZAMONDRE DAVON BROWN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F-1651628-N & F16-51629-N**

## ORDER

Before the Court are appellant's February 2, 2017 motions to extend time to file appellant's brief. We **GRANT** appellant's motions and **ORDER** appellant's brief filed by **MARCH 6, 2017**.

/s/    ADA BROWN
JUSTICE